1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| JONATHAN TANCINCO, | ) | |
|---|---|---|
| | ) | **Case No.: 8:16-cv-00021-CJC-KES** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CASHCALL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

1  Based upon the Joint Stipulation of Dismissal by all appearing parties and
2  pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed
3  with prejudice. Each party to bear its own attorneys' fees and costs.

4

5  **IT IS SO ORDERED.**

6

7  Dated: July 21, 2017  _____
8  Hon. Cormac J. Carney